UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SPENCER T. CRUMBSIE,

Plaintiff,

-against-

WESTCHESTER DEPT. OF CORRECTIONS – BOOKING SEARCH,

Defendant.
-----------------------------------------------------------x

**ORDER**

26-cv-5033 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On August 13, 2026, the Court issued an order of service, instructing the Clerk of Court to issue a summons for Defendant and deliver to the U.S. Marshals Service all of the paperwork necessary for the U.S. Marshals Service to effect service upon Defendant. ECF No. 8. On August 17, 2026, the Clerk of Court issued a summons for Defendant. *See* Docket Sheet. As stated in the order of service, while Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, because Plaintiff is proceeding *in forma pauperis* and could not effect service until the Court reviewed the complaint and ordered that the summons issue, the Court extended the time to serve until 90 days after the date the summons was issued. Accordingly, the deadline to serve the Complaint was November 16, 2026 (November 15, 2026 was a Sunday).

To date, however, the U.S. Marshals Service has not been able to effect service upon Defendant, and the 90-day period for service of the summons and complaint set forth in Rule 4(m) has expired. Accordingly, the Court *sua sponte* extends the time for effecting service *nunc pro tunc* to **December 30, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: November 17, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge